IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROOSEVELT MONTGOMERY : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | |
| : | 1:10-CV-01088 |
| v. : | |
| : | |
| BANK OF AMERICA, BAC HOME : | |
| LOANS SERVICING, LP, MCCALLA : | |
| RAYMER, LLC AND MORTGAGE : | |
| ELECTRONIC REGISTRATION : | |
| SYSTSEMS, INC. : | |
| : | |
| Defendants. : | |
| _____: | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff, Roosevelt Montgomery, by and through his attorney, and hereby dismiss without prejudice the above-captioned action pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

This 13th day of April, 2010.

By: /s/ LaXavier Reddick Hood
       LaXavier Reddick Hood, Esq.
       Attorney for Plaintiff

P.O. Box 451035
Atlanta, GA 31145-9998
(404) 751-5070

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the Defendant in the foregoing matter a copy of this Voluntary Dismissal without Prejudice by electronic delivery to:

> **Charlotte M. Wheeler, Esq.**
> **Hunton & Williams, LLP**
> **Bank of America Plaza**
> **Suite 4100**
> **600 Peachtree Street, N.E.**
> **Atlanta, Georgia  30308**

This 13th day of  April, 2010.

                                                LaXavier Reddick Hood
                                                State Bar No.:  597285

P.O. Box 451035
Atlanta, GA 31145
(404) 751-5070